UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

SALVADOR CERVANTES,

        Petitioner,               No. 2:16-cv-1837-EFB P

vs.

SHREW SHERMAN,

        Respondent.         **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
_____/

    Salvador Cervantes, inmate # AU-4234, a necessary and material witness in proceedings in this case on 2/22/17, is confined in California Substance Abuse Treatment Facility in Corcoran, California, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to testify telephonically in Court, 13th Floor, Courtroom No. 8, before Judge Edmund F. Brennan, United States District Courthouse, 501 I Street, Sacramento, California on February 22, 2017, at 10:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify telephonically in United States District Court at the time and place above;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3. The Clerk is directed to serve a copy of this order and writ by facsimile on the Litigation Coordinator at the institution.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California Substance Abuse Treatment Facility, 900 Quebec Avenue, P.O. Box 7100, Corcoran, CA 93212:**

    **WE COMMAND** you to produce the inmate named above to testify telephonically before the United States District Court at the time and place above.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: February 7, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE